ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

(718) 793-6363
FAX: (718) 520-8751
E-MAIL: alandlaw@justice.com

June 20, 2012

**VIA ECF**
Honorable Denis R. Hurley, Sr.
Senior United States District Judge
100 Federal Plaza
Central Islip, New York 11722

        Re: <u>Getlin v. Zoll, et ano</u>.
           08 CV 1872 (DRH) (AKT)

Dear Judge Hurley:

     I am the attorney for the plaintiff in the above-referenced action. I am writing to inform the court that the action has been settled. I have forwarded the general release and the stipulation of discontinuance to the attorney for the defendants. He will be forwarding the stipulation to the court for so ordering once he executes it. In light of the settlement, the parties are hereby requesting that the pretrial conference scheduled for July 9, 2012, at 10:00 A.M. be cancelled.

                                         Very truly yours,

                                         ALAN D. LEVINE

ADL/sr
cc: Keith Corbett, Esq.